No. 295. Diggs *v.* Michigan. Supreme Court of Michigan. Certiorari denied. *George Stone* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *H. H. Warner* for respondent.

No. 332. United States *v.* Pfotzer et al. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *John W. Gaskins* for respondents.

No. 335. Joseph Martinelli & Co., Inc. *v.* L. Gillarde Co. C. A. 1st Cir. Certiorari denied. *Arthur V. Getchell* for petitioner. *Henry J. Stein* for respondent.

No. 343. United Shoe Machinery Corp. *v.* Kamborian et al. C. A. 1st Cir. Certiorari denied. *Merwin F. Ashley* for petitioner. *Charles S. Grover* for respondents.

No. 347. Rainey *v.* Cartlidge et al. C. A. 5th Cir. Certiorari denied. *Duke Duvall* for petitioner.

Nos. 352 and 353. Kent Food Corp. et al. *v.* United States. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioners. *Solicitor General Perlman* and *Robert S. Erdahl* for the United States.

No. 356. Century Indemnity Co. *v.* Rosenbaum, Trustee in Bankruptcy, et al. C. A. 2d Cir. Certiorari denied. *Samuel Gottesman* for petitioner. *Chaun-*

886

cey *H. Levy* and *Sidney Basil Levy* for Rosenbaum, Trustee in Bankruptcy, respondent.

No. 359. DELOZIER *v.* THOMPSON, TRUSTEE, ET AL. C. A. 8th Cir. Certiorari denied. *Leon B. Catlett* for petitioner.

No. 364. FLISS ET AL. *v.* WOODS, ACTING HOUSING EXPEDITER. C. A. 7th Cir. Certiorari denied. *Vernon Tittle* for petitioners.

No. 367. JARRETT ET AL. *v.* NORFOLK REDEVELOPMENT & HOUSING AUTHORITY. C. A. 4th Cir. Certiorari denied. *Louis B. Fine* for petitioners. *Edward R. Baird* and *George M. Lanning* for respondent.

No. 368. BRATT ET AL. *v.* WESTERN AIR LINES, INC. C. A. 10th Cir. Certiorari denied. *William H. DeParcq* and *Parnell Black* for petitioners. *Arthur E. Moreton* for respondent.

No. 187. WATCHTOWER BIBLE & TRACT SOCIETY, INC. ET AL. *v.* METROPOLITAN LIFE INSURANCE Co. Supreme Court of New York, New York County. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY are of opinion the petition should be granted. *Hayden C. Covington* and *Grover C. Powell* for petitioners. *Stuart N. Updike* and *James W. Rodgers* for respondent.

No. 317. BENZIAN *v.* GODWIN ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.